ORIGINAL

FILED IN CHAMBERS
AUG 0 7 2012
U.S. MAGISTRATE JUDGE,
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: NO. 1:12-CR-232
IVAN NAJERA-SUAZO, et al :

## MOTION TO RELEASE JAVIER LANDAVERDE-JIMINEZ

The United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney for the Northern District of Georgia, and L. Skye Davis, Assistant United States Attorney, requests that the Court order the release of Javier Landaverde-Jiminez from the custody of the United States Marshals Service.

1. On July 25, 2012, a grand Jury sitting in the Northern District of Georgia returned an Indictment charging Luis Santabanas, a/k/a Neco, along with four other individuals, with drug trafficking and money laundering offenses. United States v. Ivan Najera-Suazo, et. al, 1:12-CR-232 (Doc. 1).

2. On July 25, 2012, based on said Indictment, a warrant for Santabanas's arrest was issued. United States v. Ivan Najera-Suazo, et. al, 1:12-CR-232 (Doc. 14).

3. On August 1, 2012, the Arrest Warrant was returned executed as to Luis Santabanas. United States v. Ivan Najera-Suazo, et. al, 1:12-CR-232 (Doc. 38).

4. The government has learned that the individual currently in the custody of the United States Marshals Service pursuant to said Arrest Warrant, is **Javier Landaverde-Jiminez**, not Luis Santabanas, a/k/a Neco, as charged.

5. WHEREFORE, the United States requests that the Court order the release of Javier Landaverde-Jiminez.

This 7th day of August, 2012.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

L. SKYE DAVIS
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6349 - phone
(404) 581-6181 - fax
Georgia Bar No. 564709