ORIGINAL

FILED IN CHAMBERS
AUG 0 7 2012
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL CASE NO. |
| v. | 1:12-CR-232-CAP |
| IVAN NAJERA-SUZAO, et al., | |
| Defendants. | |

### ORDER

This matter having come before the Court on the Government's Motion to Release Javier Landaverde-Jiminez, and for good cause shown:

**IT IS HEREBY ORDERED** that the Government's Motion is **GRANTED**, and that Javier Landaverde-Jiminez (currently in U.S. Marshal's custody as "Luis Santabanas") should be released from the custody of the United States Marshals Services.

**SO ORDERED**, this 7th day of August, 2012.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)